Priority —
Send ✓
Enter ✓
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FOX,<br><br>    Petitioner,<br><br>    v.<br><br>CHARLES M. HARRISON, WARDEN,<br><br>    Respondent. | CASE NO. CV 05-6648-AHS (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: JAN - 2 2008

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\FOX, J 6648\Order accep r&r.wpd