Priority  
Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FOX,<br><br>        Petitioner,<br><br>    v.<br><br>CHARLES M. HARRISON, WARDEN,<br><br>        Respondent. | Case No. CV 05-6648-AHS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     JAN - 2 2008         .

                                          _____  
                                          ALICEMARIE H. STOTLER  
                                          UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\FOX, J 6648\Judgment.wpd